# DECLARATION

# OF

# MAJOR MICHAEL S. SIEGERT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| SHERYLYNN STRONG,<br><br>    Plaintiff,<br><br>  v.<br><br>RYAN D. MCCARTHY, Secretary of the United States Army; and DOES 1-10, Inclusive,<br><br>    Defendants. | CIVIL NO. 20-00132 LEK-KJM |

DECLARATION OF MAJOR MICHAEL S. SIEGERT

I, Major Michael S. Siegert, declare as follows:

1. I am an officer in the U.S. Army and am currently Chief of Clinical Operations at Tripler Army Medical Center ("TAMC") at Fort Shafter, Hawaii.   I have held my current position with the Army since 12 July 2020. I base this declaration on my own personal knowledge based upon review of the relevant records detailed below which I have access to and knowledge of as part of my duties.

2. Attached as Exhibit A is a true and correct copy of the Memorandum of Instruction regarding interpreting services dated 17 May 2012 that was in place at TAMC before 24 October 2019.

3. Attached as Exhibit B is a true and correct copy of the Memorandum of Instruction regarding interpreting services that was in place at TAMC before 9 Nov 2020.

4.      Attached as Exhibit C is a true and correct copy of the Memorandum Instruction regarding interpreter services that I signed that was put in place on 9 November 2020 at TAMC, which provides for video translation services for American Sign Language.

I declare under penalty of perjury that the foregoing is true and correct. Executed on November 13, 2020, in Fort Shafter, Hawaii.

*Michael S Siegert*

Major Michael S. Siegert