# EXHIBIT A



**DEPARTMENT OF THE ARMY**
HEADQUARTERS, TRIPLER ARMY MEDICAL CENTER
1 JARRETT WHITE ROAD
TRIPLER AMC, HI 96859-5000

MCHK-CS  17 May 2012

MEMORANDUM FOR SEE DISTRIBUTION

SUBJECT: Memorandum of Instruction #22 Foreign, Sign and Written Language Interpreter Services

1. The purpose of this memorandum is to establish policies and procedures governing foreign, sign, and written language interpreter services for patients at Tripler Army Medical Center (TAMC).

2. The Clinical Support Division (CSD) coordinates and maintains contracted telephone and face-to-face translation services for foreign, sign, and written language interpreter services. Telephonic translation service will be the preferred service for translation with duration of less than one hour. Face-to-face translation services can be coordinated when required and as available.

3. The procedure listed below is a mandatory requirement when requesting projected telephonic and face-to-face interpret services at TAMC:

    a. A member of the patient's provider team or designated representative has the authority to make an interpreter request.

        (1) Telephonic Service: Can be coordinated within minutes of request by calling into the service. Telephonic foreign language translation is the preferred method to be used by TAMC Staff for translation with duration of less than one (1) hour or when need is immediate or will be required in less than three (3) working days. No prior approval or special equipment is required; however, a line splitter and second handset may be logged out at the Oceanside Information Center.

        (2) Face-to-face services (translator physically present) should be presented at least three (3) working days in advance to allow for coordination / arrangements. Availability of services for requests made with less than three (3) working days to coordinate cannot be guaranteed.

4. To request interpreter services for all visits including follow-up appointments, POCs will contact the TAMC Information Center at 433-6661 and provide the following information.

    a. Patient's name

    b. Physician's Name

This memorandum supersedes the Memorandum of Instruction #22, 12 November 2009, same subject

EXHIBIT "A"

MCHK-SW
SUBJECT: Memorandum of Instruction #22 Foreign, Sign and Written Language Interpreter Services

    c. Date and time of requested services

    d. Location of appointment (clinic, ward, department)

    e. POC/name of requestor and contact phone number

    f. Type of appointment (clinic visit, surgery, etc)

    g. Estimated length of time interpreter services will be required

    h. Any special requirements: foreign sign language, written translation, face-to face

5. Face-to-face interpreters will only provide service for the length of time originally specified by the requesting staff clinicians within TAMC. The staff members are not authorized to prolong the interpreter services beyond the original contracted time limit. If necessary, the staff members may contact the Information Center to request an extension to the length of service or change the date/time of service before services are rendered. Please give at least twenty-four (24) hours notice for change requests.

6. Situations* in which face-to-face interpretation is recommended by the team of providers if patient is or has the following:

- Child under the age of three (3) years
- Combative
- Confused
- Deaf or hearing impaired requiring sign language interpretation or Telecommunication Device
- Head Injury
- Mentally Ill
- Speech/hearing problems
- Trauma

*The information to create this list was compiled from surveys taken by a wide range of medical providers across the country. In many instances, particularly emergency situations, it is recommended that a telephone interpreter be used for foreign language until a face-to-face interpreter arrives.*

7. An on-site interpreter during the following medical procedures is recommended:

- Angiogram
- Audiograms
- Biopsies

- 2 -

MCHK-SW
SUBJECT: Memorandum of Instruction #22 Foreign, Sign and Written Language Interpreter Services

- Cardiac Catheterization
- CEI Pediatric Sedation
- CEI Photography
- Conscious Sedation
- Cystoscopy under local anesthetic
- Diagnostic Imaging
- Echo with Conscious Sedation
- EEG
- Emergency Operations
- Endoscopy
- Fluorescein Angiography
- ICG
- Mammogram
- MRI
- Neurological Examinations
- Occupational Therapy
- Organ Biopsies
- Pediatric Preoperative Appointments
- Pelvic Transvaginal examinations
- Physical Therapy
- Pleural Biopsies
- Polysomnogram (PSG)
- Pulmonary Lab
- Pulmonary Function Tests
- Radioactive Meds (consult/treatment)
- Sigmoidoscopy
- Speech Therapy
- Surgical Cases under local anesthesia
- Therapeutic Abortion
- Thoracentesis
- Treadmill Stress
- Ultrasound
- Urodynamic Exams

8. Conversation and/or circumstances highly sensitive in nature:

- Child Abuse
- Family Conferences
- Fetal Demise
- Patients on ventilators or with tracheotomies
- Patient teaching that will require hands-on instruction (i.e., DNCC teaching)
- Sexual assault cases
- Worsening medical conditions

MCHK-SW
SUBJECT: Memorandum of Instruction #22 Foreign, Sign and Written Language Interpreter Services

9. Cancellation for face-to-face interpreter services is the responsibility of the requesting Department. Failure to cancel the request for face-to-face service within four (4) hours of the appointment could result in the cost being passed directly to the requesting department.

10. Telecommunication devices for the deaf (TDD) are located in the Emergency Department and at the information desk.

11. For written translation of document/records, contact the Information Desk. Please give the Information Center the same information required for face-to-face interpretation. The time complete a written translation will vary depending on factors such as document complexity, length, and method of submission and return. A copy of the document should be submitted to the translation service for an estimate. Please plan for at least seven (7) workdays to receive the translation and contact the Information Center for assistance. If a written translation must be expedited, contact the Information Center supervisor to see if arrangements can be made.

12. Payment for the services rendered is the responsibility of the Information Center Supervisor.

13. Questions concerning this Memorandum of Instruction should be directed to the Chief, Clinical Support Division at 433-5243.

JOSÉ A. ACOSTA
CAPT, MC, USN
Deputy Commander
for Clinical Services

DISTRIBUTION: G