# EXHIBIT B



**DEPARTMENT OF THE ARMY**
HEADQUARTERS, TRIPLER ARMY MEDICAL CENTER
1 JARRETT WHITE ROAD
HONOLULU, HAWAII 96859-5000

MCHK-CS                                                                                  24 October 2019

MEMORANDUM FOR SEE DISTRIBUTION

SUBJECT:  Memorandum of Instruction (MOI) -Foreign Language Interpreting Services

1. **Purpose:** To establish policies and procedures governing foreign language translating services for eligible beneficiaries at Tripler Army Medical Center (TAMC), Warrior Ohana Medical Home (WOMH) and Desmond T Doss Health Clinic at Schofield Barrack (DDHC).

2. The Clinical Operations Division (COD) coordinates and maintains contracted In-Person/F2F, Sign (in-person), Telephonic and Written language interpreting services.

3. A clinic staff member has the authority to place a request for interpreter service through Information Reception (IR) Section, COD, by calling 433-6661.  The following processes listed below is mandated when requesting for interpreting services.

    a. **In-person/F2F and Sign (in-person):**   Request for interpreter service must be submitted at least three (3) working days in advance to allow for coordination.  Availability of services for request made with less than three (3) working days is not guaranteed as interpreter may not be available.

        1) **Interpreting Service for Inpatient:**  In-person/F2F is only provided during a procedure otherwise use a Telephonic translating service.

        2) **Interpreter Service Length of Time:**   Clinic staff are **NOT** authorized to prolong/extend the interpreter services beyond the original contracted time limit.  In the event interpreter is required longer than time requested, clinic staff **MUST** contact IR at 433-6661 to request for extension.

    b. **Telephonic:**   Only Telephonic service can be coordinated within minutes of request by calling IR at (808) 433-6661 and no prior approval is required.  Telephonic translation service is the preferred method to be used on request with duration of less than one (1) hour or when the need is immediate.

        1)  If the clinic phone does not have a speaker, clinic may check out a line splitter and a second handset from IR Office.

    c. **Written:**    Service request can be presented at any given day and no appointment required.  Contact IR staff to coordinate and send documents via

EXHIBIT "B"

encrypted outlook email to usarmy.tripler.medcom-tamc.list.cs-information-reception@mail.mil.  Service is only for medical notes from foreign language to English and turnaround time is 7 business days.

4. **Urgent Request and After Hours:**  In the event of an urgent need for an In-person/F2F or Sign language interpreter, to include after duty hours, a clinic staff will contact the IR staff at 433-6661.

   a.  Please be advised that any urgent request made outside of normal business hours may take 2 or more to coordinate through vendor and the interpreter due to interpreter's availability.  Telephonic service is highly recommended (excluding American Sign Language) to avoid any further delay in patient care.

5. To submit interpreter service request for all visits including follow-up appointments, contact IR personnel at 433-6661 and provide the following information:

   a. Patient's name
   b. Physician's Name
   c. Date and time of requested services
   d. Location of appointment (clinic, ward, department)
   e. POC/name of requester and contact phone number
   f. Type of appointment (clinic visit, surgery, etc.)
   g. Estimated length of time interpreter services will be required
   h. Identify which service:  In-person/F2F, Sign, Telephonic and/or Written service.

6. Service is only provided on patient visits listed below:

   a. Situations in which In-person/F2F interpretation is recommended by the team of providers if patient is or has the following:

   Child under the age of three (3) years
   Combative
   Confused
   Deaf or hearing impaired requiring sign language interpretation or telecommunication device
   Head Injury
   Mentally Ill
   Speech/hearing problems
   Trauma

   b. In-person/F2F interpreter is recommended for the following medical procedures:

   Angiogram                           Organ Biopsies
   Audiograms                          Pediatric Preoperative Appointments
   Biopsies                            Pelvic Transvaginal examinations
   Cardiac Catheterization             Physical Therapy

| | |
|---|---|
| CEI Pediatric Sedation | Pleural Biopsies |
| CEI Photography | Polysomnogram (PSG) |
| Conscious Sedation | Pulmonary Lab |
| Cystoscopy under local anesthetic | Pulmonary Function Tests |
| Diagnostic Imaging | Radioactive Meds (consul UI treatment) |
| Echo with Conscious Sedation | |
| EEG | Sigmoidoscopy |
| Emergency Operations | Speech Therapy |
| Endoscopy | Surgical Cases under local anesthesia |
| Fluorescein Angiography | Therapeutic Abortion |
| ICG | Thoracentesis |
| Mammogram | Treadmill Stress |
| MRI | Ultrasound |
| Neurological Examinations | Urodynamic Exams |
| Occupational Therapy | |

   c.   Conversation and/or circumstances highly sensitive in nature:

Child Abuse
Family Conferences
Fetal Demise
Patients on ventilators or with tracheotomies
Patient teaching that will require hands-on instruction (i.e., DNCC teaching)
Sexual assault cases
Worsening medical conditions

7.   **Cancellation of In-person/F2F and Sign Interpreting Service:**   The clinic/requester <u>must</u> contact IR at 433-6661 to cancel request as soon as the patient cancels their appointment.  Department is responsible for the cost of service if department neglect to cancel request in a timely manner.

8.   Proponent for this MOI is the Clinical Operations Division.  Please direct all questions pertaining to this MOI to the undersigned at 433-5243.

KUHLMAN.DOUGLAS.PRESTON.1295537252
Digitally signed by KUHLMAN.DOUGLAS.PRESTON.1295537252
Date: 2019.11.13 08:54:07 -10'00'

DOUGLAS P. KUHLMAN
MAJ, MS
Chief, Clinical Operations Division

DISTRIBUTION: G