# EXHIBIT C



**DEPARTMENT OF THE ARMY**
HEADQUARTERS, TRIPLER ARMY MEDICAL CENTER
1 JARRETT WHITE ROAD
HONOLULU, HAWAII  96859-5000

MCHK-CS                                                                 09 November 2020

MEMORANDUM FOR SEE DISTRIBUTION

SUBJECT:  Memorandum of Instruction (MOI) - Translation Services of Foreign Languages and ASL

1.  Purpose:  To establish procedures governing foreign language and ASL translation service for eligible beneficiaries at Tripler Army Medical Center (TAMC), Warrior Ohana Medical Home (WOMH) and Desmond T Doss Health Clinic at Schofield Barrack (DDHC).

2.  TAMC Clinical Operations Division (COD) coordinates and maintains contracted In-person, Video, Telephonic, and Written language translation services for supported military treatment facilities and their clinics.

3.  Supported clinics may request translation service through COD's Information Reception (IR) Section, by calling (808) 433-6661.

4.  Translation Service Length of Time: Clinic staff are NOT authorized to prolong/extend the translation services beyond the original contracted time.  In the event a translator is required longer than requested, clinic staff MUST contact IR at (808) 433-6661 to request for extension.

5.  All translation service requests require the following information:

    a.  Patient's name
    b.  Physician's Name
    c.  Date and time of requested services
    d.  Location of appointment (clinic, ward, department)
    e.  POC/name of requester and contact phone number
    f.  Type of appointment (clinic visit, surgery, etc.)
    g.  Estimated length of time interpreter services will be required
    h.  Identify which service:  In-person, Sign, Telephonic and/or Written service.

6.  Translation service processes are as follows.

    a.  In-person foreign language and ASL translation: Request for service must be submitted at least three (3) working days in advance of a patient encounter to allow coordination. Availability for requests made with less than three (3) working days are not guaranteed.

EXHIBIT "C"

SUBJECT:   Memorandum of Instruction (MOI) -Translation Services

1) In-person translation is recommended in the following situations:

   Provider requested
   Child under age (3) years
   Combative
   Confused
   Head Injury
   Mentally Ill
   Speech/hearing problems
   Trauma
   Child abuse
   Family conferences
   Fetal demise
   Patients on ventilators or with tracheotomies
   Patient teaching requiring hands-on instruction (i.e., DNCC teaching)
   Sexual assault cases
   End of life

2) In-person translation is recommended for the following medical procedures:

| | |
|---|---|
| Angiogram | Organ Biopsies |
| Audiograms | Pediatric Preoperative Appointments |
| Biopsies | Pelvic Transvaginal examinations |
| Cardiac Catheterization | Physical Therapy |
| CEI Pediatric Sedation | Pleural Biopsies |
| CEI Photography | Polysomnogram (PSG) |
| Conscious Sedation | Pulmonary Lab |
| Cystoscopy under local anesthetic | Pulmonary Function Tests |
| Diagnostic Imaging | Radioactive Meds (consul UI treatment) |
| Echo with Conscious Sedation | Sigmoidoscopy |
| EEG | Speech Therapy |
| Emergency Operations | Surgical Cases under local anesthesia |
| Endoscopy | Therapeutic Abortion |
| Fluorescein Angiography | Thoracentesis |
| ICG | Treadmill Stress |
| Mammogram | Ultrasound |
| MRI | Urodynamic Exams |
| Neurological Examinations | |
| Occupational Therapy | |

SUBJECT:   Memorandum of Instruction (MOI) -Translation Services

    b.   Telephonic translation: Service can be coordinated within minutes of request by calling IR at (808) 433-6661.

        1) Telephonic translation service is the preferred method to be used with foreign language translation and an expected encounter duration of less than one (1) hour, or when the need is immediate.

        2) IR can sign out a line splitter and a second handset upon request if the clinic does not have telephonic hands free capability.

    c.   Video translation:   Video service for ASL translation can be coordinated within minutes of request by calling IR at (808) 433-6661.

        1) Video translation service is the preferred method to be used for ASL translation and expected encounter duration of less than one (1) hour, or when the need is immediate.

        2) A staff member from the requesting clinic will sign out and return an enabled tablet from IR.  The tablet will remain in the possession of the staff member until returned to IR as the patient cannot hold the tablet and sign.

        3) IR does not have tablets at WOMH or DDHC.  ASL Video translation service at these locations will require additional coordination by the clinic to arrange transportation of the tablet from IR to their location and subsequent return.

    c.   Written translation: Written service is only for translation of medical notes in a foreign language to English with a turnaround time of (7) business days. Contact IR at (808) 433-6661 to coordinate and send documents via encrypted outlook email to usarmy.tripler.medcom-tamc.list.cs-information-reception@mail.mil.

7.   Urgent Request and After Hours:    In the event of an urgent need for In-person translation, to include after duty hours, contact IR at (808) 433-6661. Urgent requests outside of normal business hours may take additional time to coordinate. Telephonic foreign language and Video ASL services are recommended to avoid delays in patient care.

8.   Cancellation of In-person foreign language and ASL translation Service:  The clinic/requester <u>must</u> contact IR at (808) 433-6661 to cancel translation requests immediately after the cancellation is known.  The clinic is responsible for contract costs if request to cancel is not received in a timely manner.  Timely cancellation requests prevent clinic charges for events outside the clinic's control.  Disputed clinic charges require notification of Chief, COD.

SUBJECT:   Memorandum of Instruction (MOI) -Translation Services

9.   Proponent for this MOI is the Clinical Operations Division.  Please direct all questions pertaining to this MOI to the undersigned at 433-6432.

*Michael S. Siegert*

MICHAEL S. SIEGERT
MAJ, MS
Chief, Clinical Operations Division

DISTRIBUTION: G

4